OPINION — AG — (1) SENATE BILL NO. 265, LAWS. 1980, CH. 352, SECT. 34, IMPOSES A DUTY UPON EACH MUNICIPALITY HAVING A FIREFIGHTERS' PENSION AND RETIREMENT FUND TO TRANSFER THE INTEREST EARNED BY SUCH FUND TO THE STATE BOARD. (2) EXPENDITURES MADE FROM THE FIREFIGHTERS' PENSION AND RETIREMENT FUNDS HELD BY MUNICIPALITIES THROUGH JULY 1, 1981, MUST BE SOLELY FOR THE PAYMENT OF SUCH BENEFITS AS ARE AUTHORIZED BY 11 O.S. 49-101 [11-49-101] (CITIES AND TOWNS) CITE: 11 O.S. 1978 Supp., 49-101 [11-49-101], 11 O.S. 1980 Supp., 49-100.2 [11-49-100.2], 11 O.S. 1980 Supp., 49-122.2 [11-49-122.2], 11 O.S. 1980 Supp., 49-122.3 [11-49-112.3] (JOHN PAUL JOHNSON) 11 O.S. 49-132 [11-49-132], 11 O.S. 49-101 [11-49-101]